IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. RIDDLE, individually and on behalf of all other similarly situated, Plaintiffs, | : : : : | CIVIL ACTION |
| v. | : : | |
| BANK OF AMERICA CORPORATION, et al., Defendants. | : : : | No. 12-1740 |

## ORDER

AND NOW, this **11th** day of **April, 2013**, upon consideration of the Motion to Dismiss of Defendant United Guaranty Residential Insurance Company, Defendants Radian Guaranty, Inc. and Genworth Mortgage Insurance Corporation's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Motion of Defendants, Bank of America Corporation, Bank of America, N.A., and Bank of America Reinsurance Corporation to Dismiss the Action Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs' Consolidated Response thereto, Defendants' replies thereon, and for the reasons provided in this Court's Memorandum dated April 11, 2013, it is hereby **ORDERED** that:

1. United's motion (Document No. 78) is **GRANTED as uncontested in part** and **DENIED in part**. The motion is **GRANTED as uncontested** as to all claims brought by Plaintiffs Riddle and Stanton. It is **DENIED** in all other respects.

2. Radian and Genworth's motion (Document No. 79) is **DENIED**.

3. The Bank of America Defendants' motion (Document No. 83) is **DENIED**.

4. The Parties shall conduct discovery limited to the statute of limitations and equitable tolling issues. This limited discovery shall be completed by **Friday,**

**June 14, 2013**. Defendants may then file motions, each motion not to exceed twenty pages, on or before **Friday, July 12, 2013**. If Defendants file motions, Plaintiffs shall file a consolidated response, not to exceed forty pages, on or before **Friday, August 9, 2013**. No replies are permitted.

BY THE COURT:

_____
**Berle M. Schiller, J.**