IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. RIDDLE, individually and on behalf of all other similarly situated, Plaintiffs, | : : : : | CIVIL ACTION |
| v. | : : | |
| BANK OF AMERICA CORPORATION, et al., Defendants. | : : : | No. 12-1740 |

## ORDER

AND NOW, this **18th** day of **November, 2013**, upon consideration of the Motion for Summary Judgment by Defendants Bank of America Corp., Bank of America, N.A., and Bank of America Reinsurance Corporation ("Bank of America Defendants"), Defendant Genworth's Motion for Summary Judgment, Defendant United Guaranty's Motion for Summary Judgment, and Plaintiffs' Consolidated Response thereto, and for the reasons provided in this Court's Memorandum dated November 18, 2013, it is hereby **ORDERED** that:

1. The summary judgment motion filed by the Bank of America Defendants (Document No. 119) is **GRANTED**.

2. Defendant United Guaranty's motion for summary judgment (Document No. 118) is **GRANTED**.

3. Defendant Genworth's motion for summary judgment (Document No. 117) is **GRANTED**.

4. Defendants' Joint Motion for Leave to File a Reply Memorandum in Support of Their Motions for Summary Judgment (Document No. 125) is **DENIED as moot**.

5.	The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**
